No. 155. CREAMER v. UNITED STATES. Ct. Cl. Certiorari denied. *Edward L. Merrigan* for petitioner. *Solicitor General Marshall, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Jack H. Weiner* for the United States. *Elmer Neumann* for Government Employees' Council, AFL–CIO, as *amicus curiae,* in support of the petition.

No. 156. FISHER, ADMINISTRATRIX v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Craig Spangenberg* and *Donald P. Traci* for petitioner. *Solicitor General Marshall* for the United States.

No. 157. KOLITCH ET AL. v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Jacob W. Friedman* for petitioners. *Frank S. Hogan* for respondent.

No. 158. VENTERELLA ET AL., PROPRIETORS OF SUDAN OYSTER CO., ET AL. v. PACE, DBA PACE MARINE SERVICE, ET AL. Sup. Ct. La. and/or Ct. App. La., 4th Cir. Certiorari denied. *Thomas Barr III* for petitioners. *John W. Sims, Ernest A. Carrere, Jr.,* and *Benjamin W. Yancey* for respondents.

No. 166. GLASSNER ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. Petitioners *pro se. Solicitor General Marshall, Assistant Attorney General Rogovin* and *Robert N. Anderson* for respondent.

No. 174. SULE v. MISSOURI PACIFIC RAILROAD CO. ET AL. Sup. Ct. La. Certiorari denied. *J. Minos Simon* for petitioner.